IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LARRY D. HAMPTON                                                                    PLAINTIFF

v.                                   Civil No. 5:17-cv-05241

K-9 OFFICER JARRED RANKIN;
JUDGE JEFF CONNER; ROGERS
POLICE DEPARTMENT; CITY OF
ROGERS, ARKANSAS; and BENTON
COUNTY SHERIFF'S OFFICE                                                         DEFENDANTS

## OPINION AND ORDER

Plaintiff filed this civil rights action pursuant to 42 U.S.C. §1983. He proceeds *pro se* and has submitted an application to proceed *in forma pauperis.*

When he filed this case on November 17, 2017, the Plaintiff was not incarcerated and provided the Court with a private address in Bentonville, Arkansas. Plaintiff was advised that he was required to immediately notify the Court of any change in his address (ECF No. 3). Further, he was warned that failure to inform the Court of a change in his address would subject the case to dismissal.

Plaintiff was also directed (ECF No. 3) to file an amended complaint by November 30, 2017. Plaintiff was advised that failure to comply with any order of the Court would subject the case to dismissal.

On November 30, 2017, mail was returned as undeliverable with the notation "return to sender unable to forward." The Court has no other address for the Plaintiff. The Court has received no communication from the Plaintiff since he filed the Complaint. The Court has not had a valid address for the Plaintiff since November 2017.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED on this 5th day of January 2018.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE